IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 15-1534 T
(Judge Elaine D. Kaplan)

LARRY D. JARNAGIN AND
LINDA JARNAGIN

                                          Plaintiffs,

v.

THE UNITED STATES,

                                          Defendant.

**NOTICE OF FILING OF AMENDED APPENDIX B
(DEFENDANT'S EXHIBITS)**

On March 27, 2017, defendant, the United States sought leave of Court to file an amended Appendix B to its Motion and Brief for Summary Judgment to include exhibits that were inadvertently omitted from the initial filing. (*See* Dkt. #20.) On March 30, 2017, the Court granted defendant's motion and ordered defendant to file its amended exhibits, as a separate docket entry, by close of business Friday, March 31, 2017. Pursuant to the Court's Order dated March 30, 2017, defendant, the United States, hereby files its Amended Appendix B (Defendant's Exhibits), which includes the full set of Exhibits 1-31.

|   |   |
|---|---|
| | Respectfully submitted, |
| 3/30/2017 | */s/ Jason S. Selmont* |
| Date | JASON S. SELMONT |
| | U.S. Department of Justice |
| | Tax Division |
| | Court of Federal Claims Section |
| | Ben Franklin Station, PO Box 26 |
| | Washington, D.C. 20044 |
| | Tel: (202) 616-3338 |
| | Fax: (202) 514-9440 |
| | jason.s.selmont@usdoj.gov |

DAVID A. HUBBERT
Acting Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
BLAINE G. SAITO
Trial Attorney

*/s/ David I. Pincus*
Of Counsel